IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1519 (MN) ) |
| RAPID 7 and RAPID 7 LLC, | ) ) |
| Defendants. | ) |

## **ORDER ADOPTING REPORT AND RECOMMENDATIONS**

WHEREAS, on June 25, 2019, Chief Magistrate Judge Thynge issued a Report and Recommendation (D.I. 44) in this action, recommending that the Court deny Plaintiff's Motion to Strike Defendants Rapid7, Inc. and Rapid7 LLC's Third, Fourth, Fifth, Sixth and Seventh Affirmative Defenses (D.I. 18); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 16th day of July 2019 that the Report and Recommendations is ADOPTED. Plaintiff's Motion to Strike Defendants Rapid7 and Rapid7 LLC's Third, Fourth, Fifth, Sixth and Seventh Affirmative Defenses (D.I. 18) is DENIED.

The Honorable Maryellen Noreika
United States District Court Judge