# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, )<br> )<br>            Plaintiff,     )<br>     v.                       )<br>                               )<br>RAPID7, INC., a Delaware Corporation and )<br>RAPID7 LLC, a Delaware Limited Liability )<br>Company,                       )<br>                               )<br>            Defendants.     ) | C.A. No. 18-1519-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE on January 25, 2020, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF FINJAN, INC.'S SECOND SUPPLEMENTAL INITIAL CLAIM CHARTS
PURSUANT TO SECTION 7(d) OF THE RULE 16 SCHEDULING ORDER
[RESTRICTED CONFIDENTIAL – SOURCE CODE]

## BY EMAIL

Richard L. Renck
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
rlrenck@duanemorris.com

*Counsel for Defendants*

Jordana Garellek
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
jgarellek@duanemorris.com

*Co-Counsel for Defendants*

L. Norwood Jameson
Matthew C. Gaudet
David C. Dotson
John R. Gibson
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309
wjameson@duanemorris.com
mcgaudet@duanemorris.com
dcdotson@duanemorris.com
jrgibson@duanemorris.com

Jarred M. Gunther
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
jmgunther@duanemorris.com

*Co-Counsel for Defendants*

2

| | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | |
| | By: */s/ Philip A. Rovner* |
| Paul J. Andre | Philip A. Rovner (#3215) |
| Lisa Kobialka | Jonathan A. Choa (#5319) |
| KRAMER LEVIN NAFTALIS | Hercules Plaza |
| & FRANKEL LLP | P.O. Box 951 |
| 990 Marsh Road | Wilmington, DE  19899 |
| Menlo Park, CA 94025 | (302) 984-6000 |
| (650) 752-1700 | provner@potteranderson.com |
| | jchoa@potteranderson.com |
| Aaron M. Frankel | |
| KRAMER LEVIN NAFTALIS | *Attorneys for Plaintiff* |
| & FRANKEL LLP | *Finjan, Inc.* |
| 1177 Avenue of the Americas | |
| New York, NY 10036 | |
| (212) 715-9100 | |

Dated: January 27, 2020
6556910