**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RAPID7, INC., a Delaware Corporation and )<br>RAPID7 LLC, a Delaware Limited Liability )<br>Company, )<br>)<br>Defendants. ) | C.A. No. 18-1519-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that prior to 6:00 p.m., on February 26, 2020, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF FINJAN, INC.'S FINAL ELECTION OF ASSERTED CLAIMS

**BY EMAIL**

Richard L. Renck
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
rlrenck@duanemorris.com

*Counsel for Defendants*

Rachael D. Lamkin
LAMKIN IP DEFENSE
655 Montgomery St., 7th Floor
San Francisco, CA 94111
rdl@LamkinIPDefense.com

Jordana Garellek
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
jgarellek@duanemorris.com

*Co-Counsel for Defendants*

L. Norwood Jameson
Matthew C. Gaudet
David C. Dotson
John R. Gibson
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309
wjameson@duanemorris.com
mcgaudet@duanemorris.com
dcdotson@duanemorris.com
jrgibson@duanemorris.com

Jarred M. Gunther
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
jmgunther@duanemorris.com

*Co-Counsel for Defendants*

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul J. Andre<br>Lisa Kobialka<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>(650) 752-1700 | By: */s/ Philip A. Rovner*<br>  Philip A. Rovner (#3215)<br>  Jonathan A. Choa (#5319)<br>  Hercules Plaza<br>  P.O. Box 951<br>  Wilmington, DE  19899<br>  (302) 984-6000<br>  provner@potteranderson.com<br>  jchoa@potteranderson.com |
| Aaron M. Frankel<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 | *Attorneys for Plaintiff<br>Finjan, Inc.* |

Dated: February 26, 2020
6590037