# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company,<br><br>Defendants. | C.A. No. 1:18-cv-01519-MN |

## STIPULATION AND ORDER TO EXTEND TIME

Plaintiff Finjan, Inc. and Defendants Rapid7, Inc. and Rapid7 LLC (collectively, "the Parties"), by and through their undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree to extend certain case deadlines, as indicated below.

The COVID-19 pandemic and resulting shelter in place laws have created substantial impediments to the Parties and their experts' ability to complete expert reports on the current schedule. This includes the inability for experts to travel to and access Defendants' source code, as Defendants' facilities are currently closed through June 1, 2020. The extended deadlines do not impact the Court's scheduled trial date.

| **Deadline** | **Current Date** | **Extended Date** |
|---|---|---|
| Opening/Burden of Proof Expert Reports | 4/21/20 | 5/22/20 |
| Rebuttal Expert Reports | 5/22/20 | 6/26/20 |
| Reply Expert Reports | 6/26/20 | 7/31/20 |
| Close of expert discovery | 7/24/20 | 8/28/20 |

| | | |
|---|---|---|
| Opening letter briefs seeking permission to file summary judgment motions | | 9/3/2020 |
| Answering letter briefs regarding requests to file motions for summary judgment | | 7 days after opening letter brief |
| Case Dispositive Motions (if permitted) and Daubert Motions | 8/07/20 | 9/25/20 |
| Joint Proposed final pretrial order | 2/1/21 | same |
| Pre-trial Conference | 2/08/21 – 2 PM | same |
| Trial – 6-day Jury | 2/22/21 -9:30 AM | same |

Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. Opening letter briefs shall be no longer than five (5) pages and shall be filed with the Court no earlier than September 3, 2020. Answering letter briefs shall be no longer than five (5) pages and shall be filed with the Court no more than seven (7) days after the Opening Letter Brief. No replies shall be filed. Unless the Court grants leave for additional letters to be filed, each side shall present all grounds on which it seeks permission to file for summary judgment in its single opening letter brief.

**POTTER ANDERSON & CORROON, LLP**

*/s/ Philip A. Rovner*
Philip A. Rovner (No. 3215)
Jonathan A. Choa (No. 5319)
1313 N. Market St., 6th Floor
Wilmington, DE 19899-0951
Tel.: (302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Counsel for Plaintiff
Finjan, Inc.*

**DUANE MORRIS LLP**

*/s/ Richard L. Renck*
Richard L. Renck (I.D. No. 3893)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Tel.: (302) 657-4900
rlrenck@duanemorris.com

*Counsel for Defendants
Rapid7, Inc. and Rapid7 LLC*

Dated:  April 15, 2020

    SO ORDERED, this  _16th_  day of April, 2020.

                                                  The Honorable Maryellen Noreika  
                                                  United States District Judge