# EXHIBIT A
# FILED UNDER SEAL

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT B
# FILED UNDER SEAL

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT C
# FILED UNDER SEAL

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT E
# FILED UNDER SEAL

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT F

# FILED UNDER SEAL

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT G
# FILED UNDER SEAL

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT H

# FILED UNDER SEAL

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY