IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| FINJAN, INC., a Delaware Corporation, | |
|---|---|
| Plaintiff, | |
| v. | C.A. No. 1:18-cv-01519-MN |
| RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company, | Jury Trial Demanded |
| Defendants. | |

**MOTION TO EXTEND CASE SCHEDULE**

Rapid7 hereby moves the Court to extend the remaining deadlines in this matter, as set forth below, as a result of complications resulting from the ongoing COVID-19 pandemic. This Motion is accompanied by Rapid7's Opening Brief in Support of its Motion.

| **Deadline** | **Current Date** | **Requested Date** |
|---|---|---|
| Opening/Burden of Proof Expert Reports | 6/15/20 | same |
| Rebuttal Expert Reports | 7/17/20 | 11/13/20 |
| Reply Expert Reports | 8/10/20 | 12/9/20 |
| Close of expert discovery | 9/1/20 | 1/15/21 |
| Opening letter briefs seeking permission to file summary judgment motions | 9/4/20 | 1/22/21 |
| Answering letter briefs regarding requests to file motions for summary judgment | 7 days after opening letter brief | 7 days after opening letter brief |
| Case Dispositive Motions (if permitted) and Daubert Motions | 9/25/20 | 2/19/21 |
| Joint Proposed final pretrial order | 2/1/21 | 6/14/21 |
| Pre-trial Conference | 2/08/21 – 2 PM | 6/21/21 (or at the Court's convenience) |
| Trial – 6-day Jury | 2/22/21 – 9:30 AM | 6/28/21 (or at the Court's convenience) |

| | |
|---|---|
| Dated: June 4, 2020 | **DUANE MORRIS LLP** |
| | |
| *OF COUNSEL:* | /s/ *Richard L. Renck -* |
| | Richard L. Renck (I.D. No. 3893) |
| L. Norwood Jameson | 222 Delaware Avenue, Suite 1600 |
| Matthew C. Gaudet | Wilmington, DE  19801 |
| David C. Dotson | Tel.:  (302) 657-4900 |
| John R. Gibson | Fax:  (302) 657-4901 |
| Robin McGrath | rlrenck@duanemorris.com |
| Jennifer H. Forte | |
| **DUANE MORRIS LLP** | *Counsel for Defendants* |
| 1075 Peachtree Street NE, Suite 2000 | *Rapid7, Inc. and Rapid7 LLC* |
| Atlanta, GA 30309 | |
| Tel.:  (404) 253-6900 | |
| Fax:  (404) 253-6901 | |
| wjameson@duanemorris.com | |
| mcgaudet@duanemorris.com | |
| dcdotson@duanemorris.com | |
| jrgibson@duanemorris.com | |
| rlmcgrath@duanemorris.com | |
| jhforte@duanemorris.com | |
| | |
| Jarrad M. Gunther | |
| **DUANE MORRIS LLP** | |
| 30 South 17th St. | |
| Philadelphia, PA  19103-4196 | |
| Tel.:  (215) 979-1837 | |
| Fax:  (215) 689-4921 | |
| jmgunther@duanemorris.com | |
| | |
| Jordana Garellek | |
| **DUANE MORRIS LLP** | |
| 1540 Broadway | |
| New York, NY 10036-4086 | |
| Tel.:  (212) 471-1829 | |
| Fax: (212) 214-0889 | |
| jgarellek@duanemorris.com | |

*admitted pro hac vice