# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RAPID7, INC., a Delaware Corporation and )<br>RAPID7 LLC, a Delaware Limited Liability )<br>Company, )<br>)<br>Defendants. ) | C.A. No. 18-1519-MN |

## JOINT STATUS REPORT REGARDING DISCOVERY DISPUTE (D.I. 135, 136, 137)

As directed by the Court, the parties submit this Joint Status Report regarding the discovery dispute that is pending before this Court (*see* D.I. 135, 136, and 137) and the parallel dispute pending in *Finjan, Inc. v. SonicWall, Inc.*, Case No. 5:17-cv-04467-BLF-VKD (N.D. Cal.) ("*SonicWall*").

As of the date of this filing, the Northern District of California has not issued a decision on the parallel dispute in *SonicWall,* and the Parties' dispute remains outstanding.

Dated: June 15, 2020

| POTTER ANDERSON & CORROON LLP | DUANE MORRIS LLP |
|---|---|
| By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (# 3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*Finjan, Inc.* | By: */s/ Richard L. Renck*<br>    Richard L. Renck (# 3893)<br>    222 Delaware Avenue<br>    Suite 1600<br>    Wilmington, DE 19801-1659<br>    (302) 657-4900<br>    RLRenck@duanemorris.com<br><br>*Counsel for Defendants*<br>*Rapid7, Inc. and Rapid7 LLC* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Paul J. Andre<br>Lisa Kobialka<br>James Hannah<br>Hannah Lee<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>(650) 752-1700 | L. Norwood Jameson<br>Matthew C. Gaudet<br>David C. Dotson<br>DUANE MORRIS LLP<br>1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309<br>(404) 253-6900 |
| Aaron M. Frankel<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 | Jordana Garellek<br>DUANE MORRIS LLP<br>1540 Broadway<br>New York, NY 10036-4086<br>(212) 471-1829 |