IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1519 (MN) |
| | ) |
| RAPID7, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

At Wilmington this 2nd day of July 2020, pursuant to Fed. R. Civ. P. 53(a)(1)(C);

IT IS HEREBY ORDERED that the above-captioned case is referred to the Clerk of Court for assignment of a Special Master for the purposes of deciding the two pending discovery disputes (*see* D.I. 135-137, 152, 160-161, 163) and any future discovery disputes. Upon selection of a Special Master, the Court shall enter a further order appointing same.

_____
The Honorable Maryellen Noreika
United States District Judge