**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RAPID7, INC., a Delaware Corporation and<br>RAPID7 LLC, a Delaware Limited Liability<br>Company,<br><br>        Defendants. | Case No.: 1:18-cv-01519-MN |

## JOINT SUPPLEMENTAL STATUS REPORT
## REGARDING DISCOVERY DISPUTE (D.I. 135, 136, 137)

The Parties submit this Joint Supplemental Status Report as an update to the Joint Status Report (D.I. 152), regarding the discovery dispute that is pending before this Court (*see* D.I. 135, 136, and 137).

On July 9, 2020, Magistrate Judge Virginia K. DeMarchi, issued an Order in *Finjan, Inc. v. SonicWall, Inc.*, Case No. 5:17-cv-04467-BLF-VKD (N.D. Cal.) granting SonicWall's motion to compel the production of the disputed materials. Ex. A, *SonicWall*, D.I. 268, July 7, 2020, Order Re Discovery Dispute re Privilege Claims, at 9 ("Order").

While Finjan respectfully disagrees with the Order and reserves all rights related to that Order, Finjan agrees to produce the disputed materials in this matter by July 17, 2020.

In view of the foregoing, Rapid7 agrees to withdraw its pending motion to compel in this action (D.I. 135), and it does not need to be referred to the Special Master.

Dated: July 13, 2020

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
James Hannah
Hannah Lee
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700

Aaron M. Frankel
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

POTTER ANDERSON & CORROON LLP

By:    */s/ Philip A. Rovner*
    Philip A. Rovner (# 3215)
    Jonathan A. Choa (#5319)
    1313 North Market Street 6th Floor
    Wilmington, Delaware 19801
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

    *Attorneys for Plaintiff*
    *FINJAN, INC.*

Dated: July 13, 2020

OF COUNSEL:

L. Norwood Jameson
Matthew C. Gaudet
David C. Dotson
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309
Tel.:  (404) 253-6900
Fax:  (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
dcdotson@duanemorris.com

Jordana Garellek
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Tel.: (212) 471-1829
Fax: (212) 214-0889
jgarellek@duanemorris.com

*admitted pro hac vice*

DUANE MORRIS LLP

By:    */s/ Richard L. Renck*
    Richard L. Renck (No. 3893)
    222 Delaware Avenue,
    Suite 1600
    Wilmington, DE 19801-1659
    Tel.:  (302) 657-4900
    Fax:  (302) 657-4901
    RLRenck@duanemorris.com

    *Counsel for Defendants*
    *Rapid7, Inc. and Rapid7 LLC*

## CERTIFICATE OF SERVICE

I, Richard L. Renck, hereby certify that, prior to 6 p.m. on July 13, 2020, the within

document was served on the following counsel as indicated:

Paul J. Andre
Lisa Kobialka
James Hannah
Hannah Lee
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700

Aaron M. Frankel
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

POTTER ANDERSON & CORROON LLP
Philip A. Rovner (# 3215)
Jonathan A. Choa (#5319)
1313 North Market Street 6th Floor
Wilmington, Delaware 19801
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff FINJAN, INC.*

By:  */s/ Richard L. Renck*
      Richard L. Renck (#3893)