**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FINJAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1519-MN |
| | ) | |
| RAPID7, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>SPECIAL MASTER ORDER #3</u>**

Having conducted a teleconference with the parties on August 31, 2020 to discuss a dispute about the scope of infringement expert reports ("the dispute"), the Special Master orders as follows:

(1)    The Special Master will hold a hearing on the dispute on September 17, 2020 at 2 p.m. Eastern.  By September 4, 2020, counsel for Finjan, Inc. will provide to the Special Master and all counsel of record a Zoom videoconference link for this date and time.

(2)    In preparation for the September 17th hearing, the parties shall submit letter briefing as follows:

   a.   Rapid7, the movant, shall serve an opening letter brief of no more than six pages.  Rapid7's opening letter brief shall be emailed to the Special Master and all counsel of record no later than 6 p.m. Eastern on September 3, 2020.

   b.   Finjan may serve an answering letter brief of no more than six pages.  Finjan's answering letter brief shall be emailed to the Special Master and all counsel of record no later than 6 p.m. Eastern on September 10, 2020.

      c.  Rapid7 may serve a reply letter brief of no more than two pages.  Rapid7's reply letter brief shall be emailed to the Special Master and all counsel of record no later than 6 p.m. Eastern on September 15, 2020.

(3)    Pursuant to the Order Appointing Special Master (D.I. 167 at ¶ 3a), by 6 p.m. Eastern on September 3, 2020, movant Rapid7 shall file a formal motion regarding the dispute on the docket.  This motion should be no more than one page.  Rapid7 shall attach a proposed order to the motion setting forth the precise relief sought.

IT IS SO ORDERED.

Dated: August 31, 2020

_____

Special Master Chad S.C. Stover