IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>         Plaintiff,<br><br>  v.<br><br>RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company,<br><br>         Defendants. | C.A. No. 18-1519-MN |

## NOTICE OF WITHDRAWAL OF ATTORNEYS

PLEASE TAKE NOTICE that the appearances of Aaron M. Frankel, Cristina L. Martinez, Hannah Lee, Hien Lien, Greg Proctor, Lisa Kobialka, and Paul J. Andre and the law firm of Kramer Levin Naftalis & Frankel LLP, and Philip A. Rovner and Jonathan A. Choa and the law firm of Potter Anderson & Corroon, LLP on behalf of Finjan LLC are hereby withdrawn. Fish & Richardson P.C. will continue to represent Plaintiff Finjan LLC.

                 FISH & RICHARDSON P.C.

                 By: _/s/ Susan E. Morrison_
                   Susan E. Morrison  (#4690)
                   222 Delaware Avenue, 17th Floor
                   Wilmington, DE 19801
                   (302) 652-5070
                   morrison@fr.com

SO ORDERED this _____ day of _____, 2020.

                 _____
                 Honorable Maryellen Noreika