# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>   v.<br><br>RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company,<br><br>            Defendants. | C.A. No. 1:18-cv-01519-MN |

## ORDER

The Court, having considered the Parties' Joint Motion to Extend Time for Submission of Deposition Designations, hereby ORDERS that:

- The Parties shall exchange opening deposition designations three weeks prior to the first day of trial;

- The Parties shall exchange counter-designations and objections to opening designations two weeks prior to the first day of trial; and

- The Parties shall exchange objections to counter-designations three days after counter-designations are exchanged.

SO ORDERED this 4th day of January 2021.

_____
The Honorable Maryellen Noreika
United States District Judge