

**VIA ECF**

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

January 13, 2021

**Susan E. Morrison**
Principal
morrison@fr.com
302 778 8434  direct

The Honorable Maryellen Noreika
U.S. District Court
844 King Street
Wilmington, DE  19801

Re:    *Finjan LLC v. Rapid7, Inc. and Rapid7 LLC,*
       D. Del., C.A. No. 18-1519-MN

Dear Judge Noreika:

I write on behalf of the parties in the above-referenced matter.  The parties are currently scheduled to appear before the Court on February 8, 2021 for a pretrial conference, in advance of a jury trial scheduled to begin on February 22, 2021.  (D.I. 29 at 14-15.)

The parties wish to seek guidance from the Court regarding whether, in light of the current situation surrounding the COVID-19 pandemic, there is any chance that the scheduled jury trial can go forward.

The parties believe that, given the diminishing likelihood that jury trials will resume in February, it would be in the interest of the parties and the Court to postpone the trial in this matter until sometime in the fall, preferably September or October of 2021, at the Court's convenience.  At this time, neither party wishes to give up its right to a trial in front of a jury.  The parties would also request that the pretrial conference be rescheduled for a time closer to the time of trial.

The parties are available at the Court's convenience to discuss these issues.


Respectfully submitted,

*/s/ Susan E. Morrison*

Susan E. Morrison

fr.com