**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company, <br>              Plaintiff, <br><br>      v. <br><br> RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company, <br><br>              Defendants. | C.A. No. 1:18-cv-01519-MN |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, prior to 6:00 p.m. on January 12, 2021 counsel for Defendants Rapid7, Inc. and Rapid7 LLC ("Defendants") served copies of **(1)** *Defendants' Motion in Limine to Preclude Finjan from Presenting Evidence or Argument About Post-Grant Proceedings*; **(2)** *Defendants' Motion in Limine to Exclude Evidence and Testimony Regarding Certain of Finjan's License Agreements and Jury Verdicts*; and **(3)** *Defendants' Motion in Limine to Exclude Evidence that Improperly Skews the Damages Horizon*, on the following counsel of record for Plaintiff Finjan LLC, via electronic mail:

**Susan E. Morrison**
Email: morrison@fr.com

**Juanita R. Brooks**
Email: brooks@fr.com

**Proshanto Mukherji**
Email: mukherji@fr.com

[*Signature Block on Following Page.*]

Dated:  January 13, 2021                                    **DUANE MORRIS LLP**

***OF COUNSEL:***

L. Norwood Jameson                                          /s/ *Richard L. Renck -*
Matthew C. Gaudet                                          Richard L. Renck (I.D. No. 3893)
David C. Dotson                                            222 Delaware Avenue, Suite 1600
John R. Gibson                                             Wilmington, DE  19801
Robin McGrath                                              Tel.:  (302) 657-4900
Jennifer H. Forte                                          Fax:  (302) 657-4901
**DUANE MORRIS LLP**                                       rlrenck@duanemorris.com
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309
Tel.: (404) 253-6900                                       *Counsel for Defendants*
wjameson@duanemorris.com                                   *Rapid7, Inc. and Rapid7 LLC*
mcgaudet@duanemorris.com
dcdotson@duanemorris.com
jrgibson@duanemorris.com
rlmcgrath@duanemorris.com
jhforte@duanemorris.com

Jarrad M. Gunther
Joseph A. Powers
**DUANE MORRIS LLP**
30 South 17th St.
Philadelphia, PA 19103-4196
Tel.: (215) 979-1837
jmgunther@duanemorris.com
japowers@duanemorris.com

Jordana Garellek
**DUANE MORRIS LLP**
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
jgarellek@duanemorris.com

Kevin S. Prussia
Rauvin A. Johl
Colleen McCullough
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel.:  (617) 526-6348
kevin.prussia@wilmerhale.com
Rauvin.Johl@wilmerhale.com

Colleen.McCullough@wilmerhale.com

Sonal N. Mehta
**WILMER CUTLER PICKERING HALE
AND DORR LLC**
2600 El Camino Real Suite 400
Palo Alto, CA 94306
Tel.:  (650) 600-5051
sonal.mehta@wilmerhale.com

*admitted pro hac vice*