

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA ECF**

January 19, 2021

**Susan E. Morrison**
Principal
morrison@fr.com
302 778 8434  direct

The Honorable Maryellen Noreika
U.S. District Court
844 King Street
Wilmington, DE  19801

Re:   *Finjan LLC v. Rapid7, Inc. and Rapid7 LLC,*
       D. Del., C.A. No. 18-1519-MN

Dear Judge Noreika:

I write on behalf of the parties in the above-referenced matter.  The parties thank the Court for the teleconference on Friday, January 15.  Since that conference, the parties have conferred with their respective clients and each other, and both Finjan and Rapid7 consent to a jury trial before Magistrate Judge Burke.

The parties are available at the Court's convenience to discuss these issues.

Respectfully submitted,

*/s/ Susan E. Morrison*

Susan E. Morrison