IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Defendants. | C.A. No. 1:18-cv-01519-CJB |

**JOINT STATUS REPORT REGARDING OUTCOME OF APPEAL IN *FINJAN V. ESET*** 

　　The parties file this joint status report regarding the outcome of the appeal in *Finjan LLC v. ESET, LLC, et al.* (S.D. Cal. C.A. No. 17-cv-0183) ("ESET Action").

　　On November 1, 2022, the Federal Circuit in the ESET Action reversed the district court's summary judgment order finding U.S. Patent No. 8,079,086 invalid under 35 U.S.C. § 112 for indefiniteness ("ESET Order").  The '086 patent and its continuation (U.S. Patent No. 8,677,494) are both asserted in this case.  ESET's rehearing petition was denied, and the Federal Circuit issued its mandate on January 3, 2023.

　　After meeting and conferring over the issues, the parties request that the Court set a status conference at the Court's convenience.

| | |
|---|---|
| **FISH & RICHARDSON P.C.** | **DUANE MORRIS LLP** |
| By: _/s/ Susan E. Morrison_<br>Susan E. Morrison (#4690)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070<br>morrison@fr.com | By: _/s/ Richard L. Renck_<br>Richard L. Renck (I.D. No. 3893)<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801<br>Tel.: (302) 657-4900<br>rlrenck@duanemorris.com |
| Counsel for Plaintiff<br>*Finjan LLC* | Counsel for Defendants<br>*Rapid7, Inc. and Rapid7 LLC* |

Dated: January 12, 2023