IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company,<br><br>Defendants. | C.A. No. 1:18-cv-01519-CJB |

## ENTRY OF APPEARANCE

Please enter the appearance of Monté T. Squire, Esquire of Duane Morris LLP, 1201 North Market Street, Suite 501, Wilmington, DE 19801, on behalf of Defendants Rapid7, Inc. and Rapid7 LLC, in the above-captioned action.

Dated: January 13, 2023

*OF COUNSEL:*

L. Norwood Jameson
Matthew C. Gaudet
David C. Dotson
John R. Gibson
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel.: (404) 253-6900
Fax: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
dcdotson@duanemorris.com
jrgibson@duanemorris.com

**DUANE MORRIS LLP**

/s/ *Monté T. Squire*
Richard L. Renck (I.D. No. 3893)
Monté T. Squire (I.D. No. 4764)
1201 North Market Street, Suite 501
Wilmington, DE 19801
Tel.: (302) 657-4900
Fax: (302) 657-4901
rlrenck@duanemorris.com
mtsquire@duanemorris.com

*Counsel for Defendants* Rapid7, Inc. and Rapid7 LLC

Jarrad M. Gunther
Joseph A. Powers
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA  19103
Tel.:  (215) 979-1837
Fax:  (215) 689-4921
jmgunther@duanemorris.com
japowers@duanemorris.com

Jordana Garellek
**DUANE MORRIS LLP**
1540 Broadway
New York, NY  10036
Tel:  (212) 471-1829
Fax:  (212) 214-0889
jgarellek@duanemorris.com

Kevin S. Prussia
Rauvin A. Johl
Colleen McCullough
**WILMER   CUTLER   PICKERING   HALE AND DORR LLP**
60 State Street
Boston, MA  02109
Tel:  (617) 526-6348
kevin.prussia@wilmerhale.com
rauvin.johl@wilmerhale.com
colleen.mccullough@wilmerhale.com

Sonal N. Mehta
**WILMER   CUTLER   PICKERING   HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Tel.:  (650) 600-5051
Sonal.mehta@wilmerhale.com

*admitted *pro hac vice*