IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>  v.<br><br>RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | C.A. No. 18-1519-CJB |

**<u>AMENDED CORPORATE DISCLOSURE STATEMENT</u>**

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Finjan LLC (formerly known as Finjan, Inc.) is wholly-owned by Finjan Holdings LLC, which is wholly-owned by CFIP Goldfish Holdings LLC.  No publicly held corporation owns 10% or more of Finjan LLC's stock.

  The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Finjan Holdings LLC, CFIP Goldfish Holdings LLC, and Fortress Investment Group LLC, each of which has a direct or indirect financial interest in Finjan LLC.

Dated: February 2, 2023

FISH & RICHARDSON P.C.

By: */s/ Susan E. Morrison*
Susan E. Morrison (#4690)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
morrison@fr.com

Juanita R. Brooks
Roger Denning
Jason W. Wolff
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070
brooks@fr.com
denning@fr.com
wolff@fr.com

Lawrence Jarvis
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
(404) 892-5005
jarvis@fr.com

**ATTORNEYS FOR
PLAINTIFF FINJAN LLC**