

February 24, 2023

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

Honorable Christopher J. Burke
U.S. District Court
844 King Street
Wilmington, DE 19801

**Susan E. Morrison**
Principal
morrison@fr.com
302 778 8434  direct

Re:   *Finjan LLC v. Rapid7, Inc. and Rapid7 LLC,*
       D. Del., C.A. No. 18-1519-CJB

Dear Magistrate Judge Burke:

I write on behalf of the parties in the above-referenced action in response to the Court's order of February 6, 2023 directing the parties to file a joint status report regarding the motions previously pending before this Court.

At the time this matter was stayed on July 21, 2021, (D.I. 267), there were five motions pending before the Court:

- D.I. 201: Finjan's Motion to Preclude Testimony of Rapid7's Stephen Becker
    - Briefing and supporting papers can be found at D.I. Nos. 202, 205, 221, 222, 234, and 235
- D.I. 203: Finjan's Partial Motion to Preclude Testimony of Almeroth, McDaniel, and Jha
    - Briefing and supporting papers can be found at D.I. Nos. 204, 205, 220, 233, and 235
- D.I. 206: Rapid7's Motion to Preclude Testimony of Parr, Mitzenmacher, Medvidovic, Cole, and Goodrich
    - Briefing and supporting papers can be found at D.I. Nos. 207, 208, 223, 224, 231, and 232
- D.I. 245: Rapid7 Letter to Noreika regarding Collateral Estoppel ("content processor" term in '154 Patent)
    - Finjan's Responsive Letter can be found at D.I. No. 246
- D.I. 258: Rapid7 Motion for Leave to File Supplemental Claim Construction re in '305 and '408 Patents
    - Briefing and supporting papers can be found at D.I. Nos. 259, 260, 262, 263, and 264

As to those motions, both parties intend to rest on their prior briefing, the docket numbers for which are listed above.  As the Court Ordered during the February 6, 2023 teleconference, the parties will refile each of those motions (without briefing) on the docket shortly after the filing of this letter.

fr.com

February 24, 2023
Page 2

Additionally, Rapid7 has informed Finjan that it intends to file two new motions related to activity that occurred during the pendency of the stay, by the Court's March 3, 2023 deadline for doing so:

- A motion based on collateral estoppel requesting that the Court adopt the claim construction of "first function / second function" in the '154 Patent from *Finjan, Inc. v. SonicWall, Inc.,* No. 5:17-cv-04467-BLF (N.D. Cal.).

- A motion to enforce Federal Rule of Civil Procedure 7.1 as to Finjan's Corporate Disclosure Statement, seeking the identity of every owner, member, and partner of Fortress Investment Group LLC (or its parent(s)) that holds at least a 10% interest in Fortress Investment Group LLC (or its parent(s)).

Although Finjan reserves the right to oppose these motions on procedural as well as substantive grounds, the Parties agree that the above two motions can be addressed through 5-page letters for opening and responsive briefs, and a 2-page letter for reply briefs.  The Parties agree responsive letters will be filed by March 17, 2023, and any reply letters will be filed by March 24, 2023.

Respectfully submitted,

*/s/ Susan E. Morrison*

Susan E. Morrison

cc:  All Counsel of Record (via email)