IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company, <br><br> Defendants. | C.A. No. 18-1519-MN <br><br> RENEWED |

**FINJAN LLC'S PARTIAL DAUBERT MOTION TO PRECLUDE TRIAL TESTIMONY BY RAPID7'S EXPERTS KEVIN ALMEROTH, PH.D., PATRICK MCDANIEL, PH.D., AND SOMESH JHA, PH.D., CONCERNING SUFFICIENCY OF WRITTEN DESCRIPTION FOR THE PATENTS-IN-SUIT**

Plaintiff Finjan LLC ("Plaintiff") respectfully moves, pursuant to Federal Rules of Evidence 702 and 403 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), that the Court preclude Rapid7, Inc. and Rapid7 LLC from presenting at trial opinions from Kevin Almeroth, Ph.D.; Patrick McDaniel, Ph.D.; and/or Somesh Jha, Ph.D. concerning the sufficiency of written description support for the asserted patent claims. The grounds for this Motion are set forth in the Opening Brief in support thereof, filed contemporaneously herewith.

| | |
|---|---|
| Dated: October 23, 2020 <br><br> Renewed: February 24, 2023 | FISH & RICHARDSON P.C. <br><br> By:    /s/ *Susan E. Morrison* <br>      Susan E. Morrison (#4690) <br>      222 Delaware Avenue, 17th Floor <br>      Wilmington, DE 19801 <br>      (302) 652-5070 <br>      morrison@fr.com |

| | |
|---|---|
| Proshanto Mukherji<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA  02210<br>(617) 542-5070<br>mukherji@fr.com | Juanita R. Brooks<br>Roger Denning<br>Jason W. Wolff<br>Fish & Richardson P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>(858) 678-5070<br>brooks@fr.com<br>denning@fr.com<br>wolff@fr.com |
| Lawrence Jarvis<br>Fish & Richardson P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 30309<br>(404) 892-5005<br>jarvis@fr.com | **ATTORNEYS FOR<br>PLAINTIFF FINJAN LLC** |

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

  I hereby certify, pursuant to D. Del. LR 7.1.1, that reasonable efforts have been made to reach agreement with opposing counsel on the matters set forth in the foregoing Motion, and that no agreement could be reached.

                 */s/ Susan E. Morrison*
                 Susan E. Morrison (#4690)