IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company, <br><br> Defendants. | C.A. No. 18-1519-MN <br><br> RENEWED |

## FINJAN LLC'S MOTION TO PRECLUDE TRIAL TESTIMONY OF RAPID7'S DAMAGES EXPERT STEPHEN BECKER

Plaintiff Finjan LLC respectfully moves, pursuant to Federal Rules of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), to preclude the Trial Testimony of Rapid7's damages expert, Dr. Stephen Becker. The grounds for this Motion are set forth in the Opening Brief in support thereof, filed contemporaneously herewith.

| | |
|---|---|
| Dated: October 23, 2020 <br> Renewed: February 24, 2023 | FISH & RICHARDSON P.C. <br><br> By: /s/ *Susan E. Morrison* <br>     Susan E. Morrison (#4690) <br>     222 Delaware Avenue, 17th Floor <br>     Wilmington, DE 19801 <br>     (302) 652-5070 <br>     morrison@fr.com |

Case 1:18-cv-01519-CJB   Document 282   Filed 02/24/23   Page 2 of 3 PageID #: 9505

Proshanto Mukherji
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA  02210
(617) 542-5070
mukherji@fr.com

Lawrence Jarvis
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
(404) 892-5005
jarvis@fr.com

Juanita R. Brooks
Roger Denning
Jason W. Wolff
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070
brooks@fr.com
denning@fr.com
wolff@fr.com

**ATTORNEYS FOR
PLAINTIFF FINJAN LLC**

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

      I hereby certify, pursuant to D. Del. LR 7.1.1, that reasonable efforts have been made to reach agreement with opposing counsel on the matters set forth in the foregoing Motion, and that no agreement could be reached.

                                                */s/ Susan E. Morrison*
                                                Susan E. Morrison (#4690)