IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br> v.<br><br>RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | C.A. No. 1:18-cv-01519- CJB |

**DEFENDANTS RAPID 7, INC. AND RAPID7 LLC'S MOTION REGARDING COLLATERAL ESTOPPEL FOR "CONTENT PROCESSOR" IN THE '154 PATENT**

Pursuant to the Court's Order (D.I. 287), Defendants Rapid7, Inc. and Rapid7 LLC (collectively "Rapid7") respectfully submit this motion requesting that the Court construe the term "content processor" in the '154 Patent as a processor that processes modified content, based on collateral estoppel in view of the Federal Circuit's Rule 36 affirmance in *Finjan, Inc. v. Juniper Networks, Inc.*, Appeal No. 19-2405 (Fed. Cir. 2020). This motion is accompanied by Rapid7's Renewed Letter to the Honorable Judge Maryellen Noreika, (D.I. 286).

| | |
|---|---|
| Dated: March 1, 2023 | **DUANE MORRIS LLP** |
| ***OF COUNSEL:** | /s/ Monté T. Squire<br>Richard L. Renck (No. 3893)<br>Monté T. Squire (No. 4764) |
| L. Norwood Jameson<br>Matthew C. Gaudet<br>David C. Dotson<br>John R. Gibson<br>**DUANE MORRIS LLP**<br>1075 Peachtree Street NE, Suite 1700<br>Atlanta, GA 30309<br>Tel.: (404) 253-6900<br>wjameson@duanemorris.com<br>mcgaudet@duanemorris.com<br>dcdotson@duanemorris.com<br>jrgibson@duanemorris.com | **DUANE MORRIS LLP**<br>1201 North Market Street, Suite 501<br>Wilmington, DE  19801<br>Tel.: (302) 657-4900<br>Fax: (302) 657-4901<br>rlrenck@duanemorris.com<br>mtsquire@duanemorris.com<br><br>*Counsel for Defendants Rapid7, Inc. and Rapid7 LLC* |
| Joseph A. Powers<br>Jarrad M. Gunther<br>**DUANE MORRIS LLP**<br>30 South 17th St.<br>Philadelphia, PA 19103-4196<br>Tel.: (215) 979-1837<br>jmgunther@duanemorris.com<br>japowers@duanemorris.com | |
| Jordana Garellek<br>**DUANE MORRIS LLP**<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086<br>jgarellek@duanemorris.com | |
| Kevin S. Prussia<br>Rauvin A. Johl<br>Colleen McCullough<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel.:  (617) 526-6348<br>kevin.prussia@wilmerhale.com<br>Rauvin.Johl@wilmerhale.com<br>Colleen.McCullough@wilmerhale.com | |

Sonal N. Mehta
**WILMER CUTLER PICKERING HALE AND DORR LLC**
2600 El Camino Real Suite 400
Palo Alto, CA 94306
Tel.:  (650) 600-5051
sonal.mehta@wilmerhale.com

*admitted pro hac vice*