# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company, <br><br>    Plaintiff, <br><br> v. <br><br>RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company, <br><br>    Defendants. | C.A. No. 1:18-cv-01519- CJB <br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION TO EXTEND DEADLINE AND NOTICE OF SETTLEMENT

  Plaintiff and Defendants hereby notify the Court that they have reached an agreement to settle all matters in controversy between the Parties in this case and are working towards finalizing that settlement.

  The Parties, by and through their undersigned counsel, and subject to the approval of the Court, therefore stipulate and agree to extend the deadline for the Parties to file any new motions by thirty-five (35) days to allow the parties to finalize settlement and to file an appropriate dismissal with the Court.  Per the Court's February 28, 2023 Oral Order (D.I. 288), the current deadline for the Parties to file new motions is March 3, 2023.  The proposed extended deadline for the Parties to file new motions would be **April 7, 2023**.

  The extension is requested to allow the Parties to finalize settlement and file a dismissal with the Court.  The Parties respectfully submit that the revised deadline will not impact any other deadlines in this matter.  The proposed modifications to the Court's schedule are sought in good faith and are not intended by any Party to unnecessarily or unduly delay these proceedings.

Dated: March 3, 2023

| | |
|---|---|
| **FISH & RICHARDSON P.C.** | **DUANE MORRIS LLP** |
| */s/ Susan E. Morrison* | */s/ Monté T. Squire* |
| Susan E. Morrison (No. 4690) | Richard L. Renck (No. 3893) |
| 222 Delaware Avenue, 17th Floor | Monté T. Squire (No. 4764) |
| Wilmington, DE 19801 | **DUANE MORRIS LLP** |
| Telephone: (302) 652-5070 | 1201 North Market Street, Suite 501 |
| Email: morrison@fr.com | Wilmington, DE 19801 |
| | Tel.: (302) 657-4900 |
| *Counsel for Plaintiff* | Fax: (302) 657-4901 |
| *Finjan LLC* | rlrenck@duanemorris.com |
| | mtsquire@duanemorris.com |
| | |
| | *Counsel for Defendants* |
| | *Rapid7, Inc. and Rapid7 LLC* |