IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br> v.<br><br>RAPID7, INC., a Delaware Corporation and RAPID7 LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | C.A. No. 1:18-cv-01519- CJB<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Finjan LLC and Defendants Rapid7, Inc. and Rapid7 LLC have agreed to dismiss with prejudice all claims and counterclaims asserted in this action.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: April 4, 2023 | Respectfully submitted, |
| **FISH & RICHARDSON P.C.** | **DUANE MORRIS LLP** |
| /s/ Susan E. Morrison<br>Susan E. Morrison (No. 4690)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-5070<br>morrison@fr.com<br><br>*Counsel for Plaintiff*<br>*Finjan LLC* | /s/ Monté T. Squire<br>Richard L. Renck (No. 3893)<br>Monté T. Squire (No. 4764)<br>1201 North Market Street, Suite 501<br>Wilmington, DE 19801<br>Telephone: (302) 657-4900<br>Fax: (302) 657-4901<br>rlrenck@duanemorris.com<br>mtsquire@duanemorris.com<br><br>*Counsel for Defendants*<br>*Rapid7, Inc. and Rapid7 LLC* |

**SO ORDERED,** this _____ day of _____, 2023.

_____
United States District Court Judge